UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VELEZ, JR., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br> J. LEWIS, et al., <br><br>　　　　　Defendants. | No. 1:17-cv-00026-DAD-SKO <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING MOTIONS FOR PRELIMINARY INJUNCTION AND DEFAULT JUDGMENT <br><br> (Doc. Nos. 8, 10, 12, 13) |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On May 17, 2017, the assigned magistrate judge issued two findings and recommendations, the first recommending denial of plaintiff's motion for injunctive relief (Doc. No. 12) and the second recommending denial of plaintiff's motion for default judgment (Doc. No. 13). Plaintiff's objections to both findings and recommendations were due within thirty days. Plaintiff did not file objections to the findings and recommendations and the time to do so has passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned concludes both findings and recommendations are supported by the record and by proper analysis.

For these reasons:

1. Both findings and recommendations issued on May 17, 2017 (Doc. Nos. 12, 13) are adopted in full; and
2. Plaintiff's motion for injunctive relief (Doc. No. 8) and motion for default judgment (Doc. No. 10) are denied; and
3. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 26, 2017**

UNITED STATES DISTRICT JUDGE

2